# United States Court of Appeals
## For the First Circuit

No. 22-1976

GEIDY MAVELY SOTO ALVARADO; MAURICIO ANTONIO GARCIA SOTO,

Plaintiffs - Appellants,

v.

MERRICK B. GARLAND, Attorney General; ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security; LAURA B. ZUCHOWSKI, Director, Vermont Service Center for United States Citizenship and Immigration Services; UR MENDOZA JADDOU, Director, United States Citizenship and Immigration Services; US DEPT. OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants - Appellees.

**MANDATE**

Entered: July 26, 2023

In accordance with the judgment of July 26, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Aneesa Ahmed
Hans Bremer
Richard B. Myrus
Amy Romero
Lauren S. Zurier